# United States District Court
# For The Western District of North Carolina
# Statesville Division

PENNE P. WHITE,

    Plaintiff(s),

vs.

RICHARD LEVER,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV81

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 10, 2010, Order.

Signed: March 10, 2010

Frank G. Johns, Clerk
United States District Court